UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ARSENII KUZNETSOV & CORDELIUS WILLIAMS-GONZALEZ, BY AND THROUGH THEIR GUARDIANS AD LITEM,

Plaintiffs,

v.

COUNTY OF SAN DIEGO, et al.,

Defendants.

Case No.: 3:26-cv-4917-CAB-GC

**ORDER DENYING MOTIONS TO APPOINT GUARDIANS AD LITEM**

**[Doc. Nos. 2, 3]**

This matter is before the Court on a motion by Cordelia Williams ("Williams") to be appointed guardian ad litem for minor Plaintiff C.W.G., [Doc. No. 3], and a motion by Oleg Kuznetsov ("Kuznetsov") to be appointed guardian ad litem for minor Plaintiff A.K. [Doc. No. 2.] For the reasons below, the Court **DENIES** both motions.

Williams states that she is the mother of minor Plaintiff C.W.G. and Kuznetsov states that he is the father of minor Plaintiff A.K. [Doc. Nos. 2–3.] Presuming from their motions that Williams and Kuznetsov have custody of their respective child and care for their needs, there is no need to appoint them as guardians ad litem because they would be their respective child's "general guardian" and could sue on their behalf under Federal Rule of

Civil Procedure 17(c)(1)(A).[1] *J.K.J. v. City of San Diego*, Case No. 3:19-CV-2123-CAB-RBB, 2019 WL 6329219, at *1 (S.D. Cal. Nov. 26, 2019) (citing *Doe ex rel. Sisco v. Weed Union Elementary Sch. Dist.*, No. 2:13-CV-01145-GEB, 2013 WL 2666024, at *1 (E.D. Cal. June 12, 2013)). If, however, either Williams or Kuznetsov does not have custody of their respective child, the Court would need further information about their relationship before appointing either as a guardian ad litem. *See J.F v. San Diego Cnty. Unified Sch. Dist.*, No. 19-CV-2495-CAB-LL, 2020 WL 30435, at *1 (S.D. Cal. Jan. 2, 2020). Accordingly, both motions are **DENIED WITHOUT PREJUDICE**.

If desired, Williams and/or Kuznetsov may re-file an application with citation to legal authority and explanation as to why either requires Court appointment. Should no such renewed application be made, Plaintiffs should file a First Amended Complaint naming the correct plaintiffs.

It is **SO ORDERED**.

Dated: September 9, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

[1] The Court also notes that it can protect a minor plaintiff if an issue later arises given Local Rule 17.1(a): "No action by or on behalf of a minor . . . will be settled, compromised, voluntarily discontinued, dismissed or terminated without court order or judgment."